# Exhibit A



# Clear Lam
## PACKAGING, INC.

950 Pratt Boulevard • Elk Grove Village, IL 60007 • Phone 847-439-8570 • Fax 847-439-8589 • www.clearlam.com

Flexible Film Extrusion, Printing and Laminating • Rigid Rollstock • Compounded Additives

### FLEXIBLE FILMS DIVISION

| | |
|---|---|
| Purchase Order | 31126 |
| Order Date | 9/29/2015 |

**Vendor**
INNOVIA FILMS INC
290 INTERSTATE NORTH CIRCLE
ATLANTA  ,GA  30339

**Ship To:**
Clear Lam Packaging
2020 Pratt Blvd
Elk Grove Village
IL 60007

| Vendor | Vendor Fax Number | Vendor Phone Number | Ship Via | Tax | Freight | F.O.B. | Terms |
|---|---|---|---|---|---|---|---|
| INNOVI | 770/818-3001 | 770/818-3004 | | | PP | Destination | NET 30 DAYS |

| Line | Qty Ordered | Qty Received | Unit of Measure | Item / Item Description | Class | Tax | Unit Price | Date Required | Extended |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 13,582 | 0 | LBS | .8-55JCL.01<br>K250CL29 .8 - 55 05/08 CLEAR | CESA | N | 3.37 | 12/29/2015<br>(Confirmed) | $45,771.34 |
| 2 | 5,000 | 5868.6 | LBS | .8-55JCL.01<br>K250CL29 .8 - 55 05/08 CLEAR | CESA | N | 3.37 | 10/28/2015<br>(Closed) | ($2,927.18) |
| 3 | 0 | 0 | LBS | .8-55JCL.01<br>K250CL29 .8 - 55 05/08 CLEAR | CESA | N | 0 | 11/18/2015<br>(Voided) | $0.00 |

**Total Order In Dollars** $42,844.16

**General Comment**

MUST HAVE DOCK APPOINTMENT AT LEAST 24 HRS IN ADVANCE(5 pallets or less no dock appt. required-first come first served) CONTACT:Diana Rodriquez 847-378-1169 drodriguez@clearlam.com - BACK UP Tony Heredia aheredia@clearlam.com 847-344-1041
9/29 MM EMAILED PO TO LESLIE. CONFIRMED. 10/22 MM RELEASED 5K FROM LINE#1 TO SHIP DIRECTLY FROM THE PLANT TO DELIVER ON 11-4.CONFIRMED. 10/29 ADJ. QTY #1 AVAILABLE IN WAREHOUSE, PB 12/16 MM RELEASED LINE#1 TO DELIVER ON 12-29.CONFIRMED.

Print Date 12/16/2015 1:33:32 PM      Page 1 of 1

Vendor Copy      Authorized Signature

## TERMS & CONDITIONS OF SALE

The submission of this order is Clear Lam's offer to buy the goods and services specified (the 'Goods') in accordance with the following terms and conditions. Seller's commencement of work on the Goods subject to this purchase order or shipment of such Goods, whichever occurs first shall be deemed an effective mode of acceptance of this purchase order. Any further acknowledgment by the Seller which contains terms in addition to or inconsistent with the following terms and conditions shall not be binding upon Clear Lam unless expressly accepted in writing by Clear Lam.

**Prices, Payment Terms & Shipping:** Seller warrants that the prices for Goods sold Clear Lam hereunder are not less favorable than those currently extended to any other customer for the same or similar goods in similar quantities. In the event Seller reduces its price for such Goods during the term of this order, Seller agrees to reduce the prices hereof correspondingly. Seller warrants that prices shown on this purchase order shall be complete, and no additional charges of any type (including shipping) shall be added without Clear Lam's express written consent. Payment terms are "1% 10, net 45 days" from date of delivery unless otherwise stated. Delivery shall be F.O.B. Clear Lam's plant(s) with freight prepaid by Seller. All claims for money due or to become due from Clear Lam shall be subject to deduction or setoff by Clear Lam by reason of any counterclaim arising out of this or any other transaction with Seller. Clear Lam shall have the right at any time to make changes in drawings, designs, specifications, materials, packaging, time and place of delivery and method of transportation. If any such changes cause an increase or decrease in the cost, or the time required for the performance, an equitable adjustment shall be made and this agreement shall be modified in writing accordingly.

**Proprietary Information:** Seller shall consider all information furnished by Clear Lam to be confidential and shall not disclose any such information to any other person, or use such information itself for any purpose other than performing this contract, unless Seller obtains written permission from Clear Lam to do so. Seller shall not advertise or publish the fact that Clear Lam has contracted to purchase Goods from Seller, nor shall any information relating to the order be disclosed without Clear Lam's written permission. Unless otherwise agreed in writing, no commercial, financial or technical information disclosed in any manner or at any time by Seller to Clear Lam shall be deemed secret or confidential and Seller shall have no rights against Clear Lam with respect thereto except such rights as may exist under patent laws. Seller agrees upon receipt of notification to promptly assume full responsibility for defense of any suit or proceeding which may be brought against Clear Lam or its agents, customers, or other vendors for alleged patent infringement, as well as for any alleged unfair competition resulting from similarity in design, trademark or appearance of Goods or services furnished hereunder, and Seller further agrees to indemnify Clear Lam, its agents and customers against any and all expenses, losses, royalties, profits and damages including court costs and attorney's fees resulting from any such suit or proceeding, including any settlement. Clear Lam may be represented by and actively participate through its own counsel in any such suit of proceeding if it so desires, and the costs of such representation shall be paid by Seller.

**Termination For Cause:** Time is of the essence and if delivery of the Goods or rendering of services is not completed by the time promised, or in the event of a default by Seller of any other term or condition of this purchase order, Clear Lam reserves the right, without liability in addition to its other rights and remedies, to terminate the purchase order by notice effective when received by Seller as to items not yet shipped or services not yet rendered and to purchase substitute items or services elsewhere and charge Seller with any loss incurred.

**Termination For Convenience:** Clear Lam also reserves the right to terminate the purchase order or any part hereof for its sole convenience. In the event of such termination, Seller shall immediately stop all work hereunder, and shall immediately cause any of its suppliers or subcontractors to cease such work. Seller shall be paid a reasonable termination charge consisting of a percentage of the order price reflecting the percentage of the work performed prior to the notice of termination, plus actual direct costs resulting from termination. Seller shall not be paid for any work done after receipt of the notice of termination, nor for any costs incurred by Seller's suppliers or subcontractors which Seller could reasonably have avoided.

**No Assignment by Seller:** Seller may not assign or subcontract its obligations under the purchaser order without Clear Lam's written consent.

**Warranty, Indemnification & Insurance:** Payment for the Goods delivered hereunder shall not constitute acceptance thereof. Clear Lam shall have the right to inspect such Goods and to reject any or all of said Goods that are in Clear Lam's judgment defective or nonconforming. Goods rejected and Goods supplied in excess of quantities called for herein may be returned to Seller at Seller's expense and, in addition to Clear Lam's other rights, Clear Lam may charge Seller all expenses of unpacking, examining, repacking, and reshipping such Goods. In the event Clear Lam receives Goods whose defects or nonconformity is not apparent on examination, Clear Lam reserves the right to require replacement, as well as payment of damages. Seller expressly warrants that all Goods or services furnished under this agreement shall: (i) conform to all specifications and appropriate standards; (ii) will be new; (iii) will be free from defects in material or workmanship; (iv) will be adequately contained, packaged, marked and labeled; (v) will be safe and appropriate for the purpose for which Goods or services of that kind are normally used; and (vi) will be produced in compliance with all applicable laws. Inspection, test, acceptance or use of the Goods or services furnished hereunder shall not affect the Seller's obligation under this warranty, and such warranty shall survive inspection, test, acceptance and use. Seller's warranty shall run to Clear Lam, its successors, assigns and customers, and users of products sold by Clear Lam. Seller agrees to replace or correct defects of any Goods or services not conforming to the foregoing warranty promptly, without expense to Clear Lam, when notified of such nonconformity by Clear Lam, provided Clear Lam elects to provide Seller with the opportunity to do so. In the event of failure of Seller to correct defects in or replace nonconforming Goods or services promptly, Clear Lam, after reasonable notice to Seller, may make such corrections or replace such Goods and services and charge Seller for the cost incurred by Clear Lam in doing so. Seller will indemnify, defend and hold harmless Clear Lam and its subsidiaries and affiliates, and its and their respective directors, officers, employees, and agents, from and against any and all third party claims, demands, suits, obligations, liabilities, damages, losses, and judgments, including reasonable costs and expenses (including, but not limited to, reasonable attorneys' fees, court costs, and out-of-pocket expenses) ("Losses") actually incurred by Clear Lam arising out of or resulting from (i) any breach of the warranty; (ii) any strict or products liability arising in connection with the products or services provided under this purchase order (including but not limited to any third party claims for injury, death, or Losses resulting from ultimate use of such products), (ii) violations or alleged violations of any applicable laws or regulations; (iii) Seller's breach of the purchase order; (iv) the negligent or wrongful acts or omissions of Seller, its employees or agents; or (v) Seller's infringement of any third party intellectual property. Seller shall maintain liability insurance policies covering its liabilities hereunder, and shall name Clear Lam as an additional insured. If Seller's employees, agents or contractors perform work at Clear Lam's premises (or the premises of a Clear Lam's customer), Seller shall indemnify and save harmless and defend Clear Lam (and Clear Lam's customer if applicable) from any and all claims or liabilities arising from the conduct of Seller's employee, agent or contractor. Any legal action concerning this purchase order shall be interpreted under Illinois law with venue in a state or federal court located in Cook County, Illinois.